■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL R. DELLACRUZ, Appellant. [833 NYS2d 919]—Appeal from a judgment of the County Court of Saratoga County (Scarano, Jr., J.), rendered December 20, 2005, convicting defendant upon his plea of guilty of the crime of burglary in the second degree.

In satisfaction of a six-count indictment and other pending charges, defendant pleaded guilty to one count of burglary in the second degree. He executed a written waiver of the right to appeal and received the sentence promised under the terms of the plea agreement. On this appeal, appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that no nonfrivolous issues exist. Having reviewed the record and the parties' submissions, including defendant's pro se letter, we agree with assigned counsel and grant his application to be relieved of his assignment (see People v Cruwys, 113 AD2d 979 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633 [2001]).

Crew III, J.P., Peters, Spain, Rose and Kane, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.